**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GERARDO YANES BUSTILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN AIRLINES, INC., *et al.*,<br><br>    Defendants. | Case No. 2:25-cv-09802-FLA (SSCx)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO REMAND ACTION [DKT. 15] AND DENYING AS MOOT DEFENDANT AMERICAN AIRLINES, INC.'S MOTION TO DISMISS [DKT. 9]** |

1    On October 14, 2025, Defendant Envoy Air, Inc. ("Envoy Air") removed this action from the Los Angeles County Superior Court. Dkt. 1. On November 5, 2025, Plaintiff Christian Gerardo Yanes Bustillo filed a Motion to Remand Case to Los Angeles Superior Court ("Motion"). Dkt. 15. On November 14, 2025, Envoy Air filed a notice of non-opposition to the Motion. Dkt. 17. On November 21, 2025, Defendant American Airlines, Inc. ("American Airlines") noted its non-opposition to the Motion in the parties' Joint Rule 26(f) Report. Dkt. 19 at 3.

The court, having considered Plaintiff's unopposed Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. This action is REMANDED to the Los Angeles County Superior Court, Case No. 25STCV22883;
2. The Clerk of the Court is directed to send a certified copy of this Order to the Clerk of the Los Angeles County Superior Court;
3. All dates and deadlines in this court are VACATED;
4. The Clerk of the Court shall close this action administratively; and
5. American Airline's Motion to Dismiss, Dkt. 9, is DENIED as moot.

IT IS SO ORDERED.

Dated: December 3, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge